NUMBER 13-08-00464-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

THE CITY OF TAFT, TEXAS, Appellant,


v.



DOLORES "MOLLY" R. TOPPER, Appellee. 

 ____________________________________________________________


On appeal from the 156th District Court 


of San Patricio County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Hill (1)


Memorandum Opinion Per Curiam

 

 Appellant perfected an appeal from a judgment entered by the 156th District Court
of San Patricio County, Texas, in cause number S-07-5734CV-B. Appellant has filed an
unopposed motion to dismiss the appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 31st day of August, 2009. 




1. [1] Retired Justice John Hill assigned to this Court by the Chief Justice of the Supreme Court of Texas
pursuant to the government code. See Tex. Gov't Code Ann. §74.003 (Vernon 2005).